O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THEODORE WILLIAMSON, | ) | Case No. CV 11-10740-JAK (OP) |
| Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| LINDA SANDERS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2 Recommendation; and (2) directing that Judgment be entered denying the Petition and
3 dismissing this action with prejudice.

6 DATED: September 24, 2012

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge