JS - 6

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE WILLIAMSON, | Case No. CV 11-10740-JAK (OP) |
| Petitioner, | J U D G M E N T |
| v. | |
| LINDA SANDERS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 24, 2012

HONORABLE JOHN A. KRONSTADT
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge